[Cite as *State ex rel. Waterhouse v. Summit Cty. Common Pleas Court*, 2023-Ohio-1878.]

| | | | |
|---|---|---|---|
| STATE OF OHIO | ) | IN THE COURT OF APPEALS | |
| | )ss: | NINTH JUDICIAL DISTRICT | |
| COUNTY OF SUMMIT | ) | | |

STATE EX REL. RICHARD L.
WATERHOUSE

    Petitioner

    v.

SUMMIT COUNTY COMMON PLEAS
COURT

    Respondent

C.A. No.    30565

ORIGINAL ACTION IN
HABEAS CORPUS

Dated: June 7, 2023

PER CURIAM.

{¶1}    Richard Waterhouse petitioned this Court for a writ of habeas corpus to compel his release from custody. Respondent moved to dismiss. Because Mr. Waterhouse has been released from custody, the claim is moot and this Court dismisses the petition.

{¶2}    When Mr. Waterhouse filed this action, he was incarcerated in the Summit County Jail. After this action, and the motion to dismiss, were filed, Mr. Waterhouse resolved his criminal cases. This Court may consider evidence outside the petition to determine that an action is moot. *State ex rel. Nelson v. Russo*, 89 Ohio St.3d 227, 228 (2000).

{¶3}    According to the docket for his criminal cases, he entered pleas, was sentenced, and was released from custody. When a petitioner has been released from incarceration, the prisoner's habeas corpus claim is moot. *State ex rel. Johnson v. Foley*, Slip Opinion No. 2022-Ohio-3634, ¶ 4.

{¶4} Because Mr. Waterhouse has been released from custody, his petition is moot. This case is dismissed. Costs are taxed to Mr. Waterhouse.

{¶5} The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal. *See* Civ.R. 58.

JENNIFER L. HENSAL
FOR THE COURT

CARR, J.
STEVENSON, J.
CONCUR.

APPEARANCES:

RICHARD L. WATERHOUSE, Pro Se, Petitioner.

SHERRI BEVAN WALSH, Prosecuting Attorney, and JACQUENETTE S. CORGAN, Assistant Prosecuting Attorney, for Respondent.